FILED
August 28, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO. 03-14-00411-CR

| | | |
|---|---|---|
| MANUEL RUIZ CONSTANCIO | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | THIRD JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | SITTING AT AUSTIN, TEXAS |

## MOTION FOR PRO SE ACCESS TO THE APPELLATE RECORD

To the Honorable Third Court of Appeals, now comes Manuel Ruiz Constancio and requests this court provide me with a copy of the clerks record and reporters record so that I may prepare a brief on my behalf.

My Current Address is: TDCJ # 01938566, Fort Stockton Unit,1536 East IH-10, Fort Stockton TX, 79735

Respectfully Submitted,

_Manuel Ruiz, Constancio_
Manuel Ruiz Constancio

## CERTIFICATE OF SERVICE

This is to certify that on ___August 24___, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Tom Green County 124 W. Beauregard San Angelo TX 76903-5835.

RECEIVED
AUG 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

_Manuel Ruiz, Constancio_
Manuel Ruiz Constancio

Manuel Rene Constancio

TDCJ# 01938566
Fort Stockton Unit
1536 East IH-10
Fort Stockton Tx, 79735

"Legal Mail"

FORT STOCKTON TX 792
[postmark]
FOREVER USA

78711-2547

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
Post Office Box 12547
Austin, Texas 78711